**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-3047- Goodman

United States of America

v.

Josef Sever,

        Defendant.

_____ /

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

        By:_____
        Robert T. Watson
        Assistant United States Attorney
        robert.watson4@usdoj.gov
        Florida Bar No. 0679429
        99 N.E. 4th Street
        Miami, Florida  33132-2111
        Telephone: (305) 961-9043
        Fax: (305) 530-7976

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOSEF SEVER | ) | Case No. 12-3047-Goodman |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____9/22/2007 - 9/11/2010_____ in the county of ___Miami-Dade and Broward___ in the ___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(a)(6) | In connection with the acquisition and attempted acquisition of a firearm and ammunition from a licensed importer, licensed manufacturer, licensed dealer, and licensed collector, knowingly to make a false and fictitious oral and written statement and to furnish and exhibit a false, fictitious, and misrepresented identification, intended and likely to deceive such importer, manufacturer, dealer, and collector with respect to a fact material to the lawfulness of the sale and other disposition of a firearm and ammunition. |
| Title 18, United States Code, Section 911 | Falsely and willfully representing himself to be a citizen of the United States. |

This criminal complaint is based on these facts:

Please see attached.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

_____Carlos Ruiz, Special Agent, HSI_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____07/26/2012_____

_____
_Judge's signature_

City and state: _____Miami, Florida_____

_____Jonathan Goodman, U.S. Magistrate Judge_____
_Printed name and title_

## Affidavit of Special Agent Carlos Ruiz in Support of Criminal Complaint
## U.S. v. Josef Sever

I, Carlos Ruiz, being duly sworn state the following:

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been employed with HSI for approximately four years. I am responsible for conducting criminal immigration and customs investigations. Prior to becoming a Special Agent, I worked for the U.S. Citizenship and Immigration Services (USCIS) as an Adjudications Officer for a total of four years. As an Adjudication Officer, I was responsible for granting immigration benefits to aliens, as well as approving applications for naturalization and certificates of citizenship.

2. The information contained in this affidavit is based on my investigation of this matter, as well as information obtained from other law enforcement officers. It is also based upon my training and experience and the training and experience of other law enforcement officers. Since this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not contain all of the information known to me or other law enforcement officers involved in this investigation.

3. Based on the information set forth in this affidavit, I respectfully submit that there is probable cause to believe that JOSEF SEVER committed the following violations of federal criminal law: (1) in connection with the acquisition and attempted acquisition of a firearm and ammunition from a licensed importer, licensed manufacturer, licensed dealer, and licensed collector, knowingly made a false and fictitious oral and written statement and furnished and exhibited a false, fictitious, and misrepresented identification, intended and likely to deceive such importer, manufacturer, dealer, and collector with respect to a fact material to the lawfulness of the sale and other disposition of a firearm and

ammunition., in violation of 18 U.S.C. § 922(a)(6); and (2) falsely and willfully represented himself to be a citizen of the United States, in violation of 18 U.S.C. § 911. I am, therefore, submitting this affidavit in support of a Criminal Complaint.

4. On or about February 27, 2012, the Florida Department of State referred to the Florida Department of Law Enforcement an allegation that SEVER had committed elections fraud by registering and voting in the State of Florida after falsely representing that he was a U.S. citizen.

5. Subsequent investigation revealed that SEVER was born in Austria and became a naturalized Canadian citizen in about 1979. Entering the U.S. as a Canadian citizen, SEVER was not required to obtain a visa.

6. On or about March 27, 2012, law enforcement officers approached SEVER at his residence in Broward County, Florida, where he agreed to a recorded interview under oath with officers.

7. SEVER stated that he was not a U.S. citizen and admitted that he had registered and voted in at least two U.S. presidential elections despite not being a U.S. citizen.

8. Law enforcement obtained SEVER's Broward County voter-registration application, dated March 8, 2008, in which SEVER represented that he was a U.S. citizen.

9. Subsequent investigation revealed that in September and October 2007, July 2008, and September 2010, SEVER purchased approximately nine firearms from a federally licensed firearms dealer in Hialeah, Florida.

10. Law enforcement obtained the Firearms Transaction Records (ATF Form 4473) for each purchase. On each form, SEVER stated that he was a U.S. citizen.

11. Based upon the facts set forth above, Your Affiant respectfully submits that there is probable cause to believe that JOSEF SEVER committed the violations of federal criminal law set forth in paragraph three above and in the attached Criminal Complaint.

Carlos Ruiz
Special Agent, Homeland Security Investigations

Sworn and subscribed before me this 26 day of July, 2012.

Jonathan Goodman
United States Magistrate Judge