Filed by CF CF   D.C.

ELECTRONIC

Aug 10, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# 12-20598-CR-UNGARO/TORRES
### CASE NO. _____

18 U.S.C. § 924(a)(1)(A)
18 U.S.C. § 911
18 U.S.C. § 1015(f)
18 U.S.C. § 611(a)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

JOSEF SEVER,

    Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNTS 1-4

On or about the date specified as to each count below, in Miami-Dade County, in the Southern District of Florida, the defendant,

### JOSEF SEVER,

did knowingly make a false statement and representation with respect to the information required by Chapter 44 of Title 18, United States Code, to be kept in the records of a person licensed under this chapter, to wit, in connection with the purchase of a firearm from a federally licensed firearms dealer, the defendant stated and represented on a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was a citizen of the United States, when in truth and in fact, and as the defendant then and there well knew, he was not a citizen of the United States.

| COUNT | APPROXIMATE DATE | FEDERAL FIREARMS LICENSEE |
|---|---|---|
| 1 | September 11, 2010 | Hialeah Range & Gun Shop |
| 2 | July 26, 2008 | Hialeah Range & Gun Shop |
| 3 | October 2, 2007 | Hialeah Range & Gun Shop |
| 4 | September 22, 2007 | Hialeah Range & Gun Shop |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5

On or about October 16, 2010, in Broward County, in the Southern District of Florida, the defendant,

**JOSEF SEVER,**

an alien, did falsely and willfully represent himself to be a citizen of the United States, in that he claimed he was a United States citizen upon applying to renew a concealed weapon and firearm license with the Florida Department of Agriculture and Consumer Services, Division of Licensing, in violation of Title 18, United States Code, Section 911.

## COUNT 6

On or about March 8, 2008, in Broward County, in the Southern District of Florida, the defendant,

**JOSEF SEVER,**

an alien, knowingly made a false statement and claim that he was a citizen of the United States in order to register to vote in a Federal, State, and local election, in that he falsely stated and claimed that he was a United States citizen when registering to vote with the office of the Supervisor of Elections for Broward County, in violation of Title 18, United States Code, Section 1015(f).

## COUNT 7

On or about November 4, 2008, in Broward County, in the Southern District of Florida, the defendant,

**JOSEF SEVER,**

an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

## CRIMINAL FORFEITURE

1. The allegations of Counts 1 through 4 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JOSEF SEVER**, has an interest.

2. Upon conviction of any of the violations of Title 18, United States Code, Section 924, as alleged in this Indictment, the defendant, **JOSEF SEVER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm and ammunition involved in or used in the commission of such violation.

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ROBERT T. WATSON
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

JOSEF SEVER,

Defendant.
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)

X    Miami  ___ Key West
___  FTL    ___ WPB      ___  FTP

New Defendant(s)              Yes ___   No ___
Number of New Defendants     ___
Total number of counts       ___

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:    (Yes or No)    NO
     List language and/or dialect  _____

4.   This case will take    2-3    days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

(Check only one)

| | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | X |
| V | 61 days and over | ___ | | |

6.   Has this case been previously filed in this District Court? (Yes or No)    No
     If yes:
     Judge: _____   Case No. _____
     (Attach copy of dispositive order)
     Has a complaint been filed in this matter?    (Yes or No)    Yes
     If yes:
     Magistrate Case No.                          12-mj-3047-Goodman
     Related Miscellaneous numbers:               _____
     Defendant(s) in federal custody as of        July 31, 2012
     Defendant(s) in state custody as of          _____
     Rule 20 from the    _____    District of    _____

     Is this a potential death penalty case? (Yes or No)    No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    X No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ___ Yes    X No

_____
ROBERT T. WATSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 679429

REV 4/8/08

*Penalty Sheet(s) attached

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** JOSEF SEVER

**Case No:** _____

Counts #: 1-4

False Statement in Required Information Kept by a Federally Licensed Firearms Dealer

Title 18, United States Code, Section 924(a)(1)(A)

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 5

False Impersonation of a United States Citizen

Title 18, United States Code, Section 911

**\*Max. Penalty:** 3 Years' Imprisonment

Count #: 6

False Impersonation of a United States Citizen in Order to Register to Vote

Title 18, United States Code, Section 1015(f)

**\*Max. Penalty:** 5 Years' Imprisonment

Count #: 7

Alien Voting in a Federal Election

Title 18, United States Code, Section 611

**\*Max. Penalty:** 1 Year Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**