UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CR-20598-UNGARO

UNITED STATES OF AMERICA

vs.

JOSEF SEVER,

    **Defendant.**
_____/

## FACTUAL PROFFER

The United States and the Defendant agree that were this case to proceed to trial, the Government would prove beyond a reasonable doubt the following facts:

The Defendant was born in Austria and became a naturalized citizen of Canada in about 1979. He has never been a citizen of the United States.

Nonetheless, on or about September 22, 2007, October 2, 2007, July 26, 2008, and September 11, 2010, in Miami-Dade County, in the Southern District of Florida, the Defendant, in the course of purchasing firearms from a federally licensed firearms dealer, knowingly stated and represented on a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was a citizen of the United States. The defendant made the statement and representation knowing it to be false. The citizenship of a firearms purchaser is among the information required by federal law to be kept in the records of a federally licensed firearms dealer.

Further, on or about October 16, 2010, in Broward County, in the Southern District of Florida, the defendant stated and represented on an application to renew his State of Florida concealed weapons and firearm license that he was a citizen of the United States. The defendant knowingly and willfully made the false statement and representation.

Further, on or about March 8, 2008, in Broward County, in the Southern District of Florida, the Defendant registered to vote, answering "yes" to the question, "Are you a citizen of the United States of America?" The defendant knowingly and willfully made the false statement and representation.

Finally, on or about November 4, 2008, the defendant actually voted in the election held, in part, for the purpose of electing the President and Vice President of the United States and a Representative in the United States Congress. Again, the defendant did so knowingly and willfully, aware of the fact that he was not a United States citizen.

WIFREDO A. FERRER
United States Attorney

Date: 8/30/12           By: _____
                            Robert T. Watson
                            Assistant United States Attorney

Date: 8/20/12               _____
                            Daniel Ecarius
                            Attorney for Defendant

Date: 8/30/12           X   _____
                            Josef Sever
                            Defendant