UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cr-20598-Ungaro

UNITED STATES OF AMERICA

v.

JOSEF SEVER,

        **Defendant.**
_____ /

### UNITED STATES OF AMERICA'S
### SUPPLEMENTAL SUMMARY PRE-SENTENCING SUBMISSION

The United States respectfully submits this supplemental summary response to Defendant's Sentencing Memorandum ("Mem.") [ECF No. 19] in order to provide to the Court relevant data following yesterday's presidential election.

- In support of Defendant's argument that "he only wanted to … do something good by voting in important [U.S.] elections" in which U.S. citizens' participation rate is low, Defendant represented that "[i]n the U.S. only about 48 percent of the eligible voters actually bother to vote in elections." Mem. at 1 (citing a Wikipedia entry on "voter turnout"). Whether or not that statistic is accurate generally, its relevance to this case is quite limited. A more relevant datum is the participation rate – specifically in this community – for recent presidential elections, the type in which the Defendant voted. See Indictment, Count 7 (ECF No. 9 at 3); Factual Proffer (ECF No. 16 at 2). (The evidence is that the Defendant voted in Broward County in both the 2004 and 2008 presidential elections. Prosecution for the earlier offense is barred by the 5-year limitations period set forth in 18 U.S.C. §

3282(a).) In yesterday's contest, the voter turnout rate was significantly higher: approximately 65% in Miami-Dade County and 64% in both Broward County and Palm Beach County. See http://results.enr.clarityelections.com/FL/Dade/42008/110958/en/summary.html; http://results.enr.clarityelections.com/FL/Broward/42272/110944/en/summary.html; http://results.enr.clarityelections.com/FL/Palm_Beach/43850/110705/en/summary.html (showing 555,806 votes cast for president); and http://www.pbcelections.org/ (showing 870,943 eligible voters) (sites visited on November 7, 2012). In addition, in the actual presidential election in which the Defendant voted and for which he was charged in this case (2008), the participation rates were even higher: over 70% in Miami-Dade County; in Broward County, where the Defendant was registered: over 73%. See http://results.enr.clarityelections.com/FL/Dade/8930/14419/en/summary.html and http://www.browardsoe.org/ERSummary.aspx?eid=101 (sites visited on November 7, 2012). (The voter turnout for the 2008 presidential election in Palm Beach County does not appear to be calculable based upon the information available on the Supervisor's website. The total votes cast for president shows as 591,332, but the total number of registered voters is not readily apparent. However, assuming a number roughly equivalent to the present number, the rate in 2008 would also be higher than the rate for 2012.)

- All this to say that the most relevant data undermine Defendant's own argument. While there is certainly room for improvement in voter participation even in

presidential elections, nearly two-thirds of local eligible U.S. citizens are participating. There is no excuse for non-citizens thinking there is a need to help out and "do something good by voting in important elections." Mem. at 1.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: s/Robert T. Watson
Robert T. Watson
Assistant United States Attorney
Florida Bar No. 0679429
E-mail: robert.watson4@usdoj.gov
United States Attorney's Office
99 Northeast 4th Street
Miami, Florida 33132-2111
Telephone: (305) 961-9043
Facsimile: (305) 530-7976

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF on November 7, 2012, and thereby served on all counsel of record on the Service List below.

s/Robert T. Watson
Robert T. Watson

Service List

**Daniel Ecarius**
Federal Public Defender's Office
150 West Flagler Street, Suite 1700
Miami, FL 33130-1556
305-530-7000
Fax: 536-4559
Email: Daniel_Ecarius@fd.org
Attorney for defendant